to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before May 1, 1926, with leave to appellant to serve an amended notice of appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS ZIMMERMAN v. M. S. SCHEINMAN & Co., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before May 1, 1926, with leave to appellant to serve an amended notice of appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT BADER v. C. F. CHILDS & Co. and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BESSIE FRANK v. SAMUEL FRANK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

VIELE, BLACKWELL & BUCK v. UCHIDA TRADING CO., LTD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of JACOB COHEN v. MORRIS WOHL.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT HOLMES, Individually and as Trustee, etc., and Others v. JOHNANNA R. BULLOCK, as Administratrix c. t. a., etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before May 1, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JAMES MERCER, Individually and as Guardian, etc., v. DANIEL REEVES, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT HOLMES, Individually and as Trustee, etc., v. CANDACE E. Q. CAMP, as Sole Executrix, etc., and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before May 1, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT HOLMES, Individually and as Trustee, etc., v. EMILY LEFFERTS JONES and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before M· y 1, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of ROBERT P. GREEN, Deceased.— Motion to dismiss appeal denied on condition that appellants procure record on appeal to be filed on or before April 26, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SAMUEL ESSNER v. MORRIS BROWN and Others, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FREDERICK M. KERR v. SCOTT'S PREPARATIONS, INC., Impleaded, etc.— Application denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOHN SHERMAN v. H. & B. WOLF & Co., INC.— Application denied, with ten